IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER THORNTON,         )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:15cv147-MHT
                              )          (WO)
HOSPITALITY MANAGEMENT        )
ASSOCIATES, INC. and          )
DOUGLAS W. GURNEY,            )
                              )
     Defendants.              )
```

## JUDGMENT

Upon consideration of plaintiff's motion to dismiss without prejudice, it is ORDERED that:

(1) The motion to dismiss (doc. no. 22) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

(3) The motion for default judgment (doc. no. 16) is denied as moot.

The court assumes that defendant Douglas W. Gurney has no objection to the allowance of the dismissal; however, if he does, he must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of January, 2016.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE